

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIGEL NAGUAN FREDERICKS,

                   Plaintiff,         **ORDER**

        -v-                            21-CV-553 (GBD) (JLC)

JANE DOE,

                   Defendant.
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On April 14, 2021, the Court issued an order pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), directing the New York City Law Department to ascertain the identity of the Jane Doe dentist whom Fredericks seeks to sue and provide the address where she may be served. Dkt. No. 11, at 1. The Order further directed Fredericks to file a second amended complaint naming the Jane Doe defendant within 30 days of receiving the information. *Id.* at 2.

On June 14, 2021, the New York City Law Department provided the following name and address: Ninamarie Fallacaro c/o Dr. Andrew Koukoulasr or Mrs. Nicole Mahabir, Correctional Health Services, 19-10 49th Street Astoria, New York 11105. Dkt. No. 15. To date, the Court has not received a second amended complaint from Fredericks. In reviewing the docket, however, it appears that Frederick's prisoner identification number was incorrectly listed 141404251 instead of 1411904251, the latter of which corresponds to the identification number on his

application to proceed *in forma pauperis* ("IFP").  See Dkt. No. 1, at 2.  Using the New York City Department of Correction's "Inmate Lookup Service," the Court has identified a "Fredericks, Nigel," with the ID number listed on the IFP application, located at G.R.V.C., not A.M.K.C.  In an abundance of caution, the Court will mail a copy of this Order and the City's June 14, 2021 letter to both addresses.

Accordingly, Fredericks is directed to file a second amended complaint by **August 31, 2021**.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Nigel Naguan Fredericks
141404251
A.M.K.C.
18-18 Hazen St.
Bronx, NY 11370

and

Nigel Naguan Fredericks
1411904251
George R. Vierno Center (GRVC)
09-09 Hazen Street
East Elmhurst, NY  11370

2