```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIGEL NAGUAN FREDERICKS,            :
                                                        :
                Plaintiff,            :        **ORDER**
                                                        :
            -v-                                  :        21-CV-553 (GBD) (JLC)
                                                        :
NINAMARIE FOLLACARO,                   :
                                                        :
                Defendant.           :
                                                        :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Plaintiff commenced this action by filing a complaint on January 21, 2021 (Dkt. No. 2). On April 14, 2021, Judge Daniels referred this case to me (Dkt. No. 12). Plaintiff filed a Second Amended Complaint on August 17, 2021 (Dkt. No. 17). According to the Marshals' process receipt filed on March 8, 2022, Defendant was served on December 22, 2021, and was due to respond to the Second Amended Complaint by January 12, 2022 (Dkt. No. 24). To date, Defendant has not done so.

      In light of the foregoing, Defendant is hereby directed to respond to the Second Amended Complaint no later than **March 31, 2022**.

      **SO ORDERED.**

Dated: March 10, 2022
      New York, New York

                                                                     JAMES L. COTT
                                                                     United States Magistrate Judge

**A copy of this Order has been mailed to the following:**

Nigel Naquan Fredericks, *Plaintiff Pro Se*
O.B.C.C., 16-16 Hazen St.
E. Elmhurst, NY 11370

Corporation Counsel, attn: Carolyn Kruk
City of New York Law Department
100 Church St.
New York, NY 10007