UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NIGEL NAGUAN FREDERICKS,

                          Plaintiff,

    -against-                                  ORDER

NINAMARIE FOLLACARO,                  21 Civ. 553 (GBD)

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to mail the Report and Recommendation at ECF No. 40 to Plaintiff at the new address provided in ECF No. 41.

Dated: December 13, 2022
       New York, New York

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   United States District Judge