**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NIGEL NAGUAN FREDERICKS,

                Plaintiff,                    21 **CIVIL** 0553 (GBD)

        -against-                          **JUDGMENT**

NINAMARIE FOLLACARO,

                Defendants.
------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision Order dated January 12, 2023, the Court adopts the

Report & Recommendation in full. Defendant's motion to dismiss is GRANTED; accordingly,

the case is closed.

**Dated:**  New York, New York
          January 12, 2023


                                     **RUBY J. KRAJICK**

                                   _____
                                    **Clerk of Court**

              **BY:**

                                     _____
                                      **Deputy Clerk**